```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                    DIVISION OF ST. CROIX
```

**HUBERT WARREN,**                    ) D.C. CV. NO. 2011-030
        Plaintiff,              )
                                )
        v.                      )
                                )
**MCLENNAN COUNTY JUDICIARY,**        )
**REX D. DAVIS, BILL VANCE; and**     )
**TOM GRAY,**                         )
        Defendants.             )
_____)

# O R D E R

Plaintiff Hubert Warren ("Warren") was convicted of aggravated assault on a public servant and sentenced to 60 years confinement. Warren, an inmate of the Texas Department of Criminal Justice ("TDCJ"), is before this Court on a Complaint pursuant to 42 U.S.C. § 1983 alleging personal injury due to negligent acts committed against him by the Defendants. Plaintiff avers that jurisdiction is appropriate in this Court because he has been barred by the United States Court of Appeals for the Fifth Circuit from filing any civil action in any District Court within the jurisdiction of the United States Court of Appeals for the Fifth Circuit.

This Court notes that in addition to being barred by the United States Court of Appeals for the Fifth Circuit from filing any civil action in any District Court within that jurisdiction, Warren has also been barred from such filings in the Supreme Court of the United States. *See In re Warren*, --- U.S. ----, 131 S.Ct. 660 (2010) ("As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1.")

*Warren v. McLennan County Judiciary, et al.*
D.C. CV. NO. 2011-30
Order
Page 2

Having duly considered Warren's Complaint, and finding that this Court lacks jurisdiction to hear this matter, it is hereby

**ORDERED** that Warren's Complaint is **DISMISSED** for lack of jurisdiction; and finally

**ORDERS** that the Clerk of the Court shall **CLOSE** this file.

**DONE AND SO ORDERED** this <u>5</u> day of April 2011.

                                          **E N T E R:**

                                          /s/ Raymond L. Finch
                                        _____
                                        **RAYMOND L. FINCH**
                                        **SENIOR DISTRICT JUDGE**

**Copies to:**
     George W. Cannon, Jr., Magistrate Judge
     Wilfredo F. Morales, Clerk of the Court
     Hubert Warren, #1023303, John B. Connally, Jr. Unit, 899 FM 632, Kennedy, TX 78119 (Please mark: "LEGAL MAIL")